UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:07-00256 |
| | ) | JUDGE CAMPBELL |
| JEFFREY C. ODOM | ) | |

ORDER

Pending before the Court are the Defendant's *Pro Se* Letter Requesting Jail Credit (Docket No. 106), and the Government's Response (Docket No. 108) in opposition. Through the Motion, the Defendant, who indicates that he is incarcerated at a federal prison in Atlanta, Georgia, requests that the Court recommend to the Bureau of Prisons that he be awarded certain jail credit toward his federal sentence.

To the extent the Defendant seeks an order requiring the Bureau of Prisons to award such credit, the request is denied as the Court is without jurisdiction to order such relief. See, e.g., Sutton v. United States, 172 F.3d 873 (6th Cir. 1998)(A prisoner's challenge to the execution of his sentence, including the determination of credit for time served, must be filed under 28 U.S.C. § 2241 in the district court having jurisdiction over the prisoner's custodian); Doan v. Lamanna, 28 Fed.Appx. 297, 2001 WL 1299260 (6th Cir. Aug. 10, 2001); United States v. Ford, 16 Fed.Appx. 314, 2001 WL 861737 (6th Cir. June 20, 2001). See also Setser v. United States, 132 S. Ct. 1463, 1473 (2012).

To the extent the Defendant seeks the Court's recommendation that he receive such credit, the request is denied, as the Court is not persuaded that such a recommendation is warranted. The Court also notes that former District Court Judge Robert Echols presided over

the Defendant's criminal case, including sentencing, and there is no indication in the record that Judge Echols agreed to recommend such sentencing credit.

Accordingly, Defendant's request is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE