UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ] | |
| --- | --- | --- |
| | ] | |
| v. | ] | No. 3:07-cr-00256 |
| | ] | Judge Campbell |
| JEFFREY ODOM | ] | |
|     Defendant. | ] | |

# **O R D E R**

On October 1, 2008, a jury found the defendant guilty of being a convicted felon in possession of a firearm. Docket Entry No. 59. For this crime, he received a sentence of two hundred ten (210) months in prison, to be followed by five years of supervised release. Docket Entry No. 84.

The defendant's conviction and sentence were affirmed on direct appeal. Docket Entry No. 92. The Supreme Court later denied defendant's petition for a writ of certiorari. Docket Entry No. 95.

In May, 2013, the defendant filed a *pro se* § 2255 motion to vacate, set aside or correct his sentence. Jeffrey Odom v. United States of America, Case No. 3:13-0464 (M.D. Tenn). Following a response from the government, this Court denied the defendant's motion. *Id.* at Docket Entry No. 20. On appeal, the Sixth Circuit denied the defendant's application for a certificate of appealability. *Id.* at Docket Entry No. 37.

Presently before the Court is the defendant's "Motion for Reconsideration and Combined Motion to Take Judicial Notice of Recent Authority in Support of 4th Amendment Claim that Seizure

1

of Firearm Violated Petitioner's Rights" (Docket Entry No. 148), to which the government has filed a Response (Docket Entry No. 150) in opposition to the Motion.

In the Motion, the defendant seeks to revisit the validity of the search that led to the discovery of his firearm and present a sentencing issue.

The validity of the search and the defendant's sentence were topics addressed on both direct appeal and during the § 2255 proceedings. *See* Case No. 3-07-cr-00256 (direct appeal) at Docket Entry No. 92; Case No. 3:13-0464 (§ 2255 proceedings) at Docket Entry No. 19. Any argument made by the defendant at this late date with respect to those claims could have and should have been raised then. The Court, therefore, finds no merit in the defendant's Motion and said Motion is hereby DENIED.

It is so ORDERED.

                                                Todd Campbell
                                                United States District Judge