# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:07-cr-00256-2** |
| | ) | |
| **JEFFREY ODOM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OPINION AND ORDER

Jeffrey Odom's motion seeking compassionate release is before the Court less than two years after the Court denied his similar motion. (Doc. Nos. 171, 179). Previously, he sought early release because diabetes and obesity placed him at an increased risk for severe illness if he tested positive for COVID-19. (Doc. No. 159 at 2). His motion was denied because his diabetes was "controlled by medicine" and he "receive[d] counseling on weight loss, diet, and exercise and reported no new issues with his weight." (Doc. No. 165 at 1–2). Further, the § 3553(a) factors did not support early release. (Id. at 2–3). He appealed and the Sixth Circuit affirmed. (Doc. No. 169). Two things have occurred since Odom's earlier motion, neither change the prior denial.

First, Odom has received the COVID-19 vaccine. (Doc. No. 182-1 at 1). But the Sixth Circuit has held that an inmate's COVID-19 vaccination forecloses a finding of extraordinary and compelling reasons to justify early release. United States v. McKinnie, 24 F.4th 583, 588 (6th Cir. 2022) (citing United States v. Lemons, 15 F.4th 747, 751 (6th Cir. 2021)).

Second, Odom's diabetes and obesity – the only health conditions raised in his new motion – continue to be managed in prison. See United States v. Mackety, 854 F. App'x 36, 38 (6th Cir. 2021) (affirming denial of compassionate release where nothing in the record showed that the

Bureau of Prisons ("BOP") was "unable to manage" Defendant's health conditions, "even during the Covid-19 pandemic"). As of May 5, 2021, the BOP has prescribed Odom a regimen of Metformin, Glipizide, and glucose tablets for his diabetes. (Doc. No. 182-1 at 174). On February 24, 2022, the BOP continued to counsel Odom on weight loss, diet, and exercise, and he has reported no new issues with his weight since that time. (Id. at 68, 78). At a March 26, 2022 doctor's appointment, he had no complaints and testing found his blood sugar levels had "improved." (Id. at 67–68). His medical records offer nothing to suggest his underlying conditions are poorly managed.

Odom has not met his burden of demonstrating that his health conditions constitute extraordinary and compelling reasons for early release. The Court need not proceed to analysis of the § 3553(a) factors, but for the sake of clarity the Court adopts its prior § 3553(a) conclusions.

For the foregoing reasons, Odom's Motions for Compassionate Release (Doc. No. 171, 179) are **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE